UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| ANTHONY WESLEY TYLER,<br><br>        Plaintiff,<br><br>v.<br><br>CYNTHIA TUDDLES, et al.,<br><br>        Defendants. | Case No. 26-cv-10992<br><br>Honorable Robert J. White |

## ORDER OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

Anthony Wesley Tyler commenced this state law legal malpractice and negligence action against, among others, the estate of his former attorney and the former attorney's wife.  After reviewing the complaint, the Court finds that it lacks the requisite subject matter jurisdiction to entertain this litigation.

To begin with, Tyler does not invoke federal question jurisdiction because none of his allegations "aris[e] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  And federal diversity jurisdiction is also lacking because Tyler and all the defendants are Michigan citizens. (ECF No. 1, PageID.17-18, ¶¶ 5-9).  So the suit is not "between . . . [c]itizens of different states." 28 U.S.C. § 1332(a)(1).

Having failed to otherwise show that subject matter jurisdiction exists to proceed with this case, the Court will dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3).  The Court is without jurisdiction when, as here, "the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999); *see also Hagans v. Lavine*, 415 U.S. 528, 536-537 (1974). Accordingly,

IT IS ORDERED that the complaint (ECF No. 1) is dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that the application to proceed without prepaying the filing fee (ECF No. 2) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close the case.

Dated: April 9, 2026                          s/ Robert J. White
                                              Robert J. White
                                              United States District Judge

2